CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

May 21, 2025

Frank Hedin, Esq.
Hedin Law Firm
1395 Brickell Avenue, Suite 610
Miami, FL  33131

Jordan K. Cameron, Esq.
Cameron Ringwood, LC
6975 Union Park Avenue, Suite 600
Cottonwood Heights, UT  84047

Elizabeth Rinehart, Esq.
Anthony J. Vitti, Jr., Esq.
Venable, LLP
750 East Pratt Street, Suite 900
Baltimore, MD  21202

RE:  No. 25-4057 – Shannon Arnstein, et al. v. Sundance Holdings Group, LLC

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **ZOOMGOV** mediation conference has been scheduled in this case for **Monday, June 2, 2025** at **10:00 AM**, **MOUNTAIN TIME**. This office will forward an invitation to the ZoomGov meeting. Please allow at least two hours for the conference.

    The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

    Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator