# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SHANNON ARNSTEIN, DANA BASSETT, MARTIKA GARTMAN, SUELLEN HENDRIX, DEBRA MACKLIN, JEANINE MARK, MICHELLE MEINHOLD, MARIE MICHELS, JILLI OYENQUE, BARBARA PORTER, and ELIZABETH WUEBKER, <br><br> Plaintiffs-Appellants <br><br> SUNDANCE HOLDINGS GROUP, LLC, <br><br> Defendant-Appellee | No. 25-4057 |

**APPELLANTS' AMENDED (UNOPPOSED) MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX**[1]

In accordance with Federal Rule of Appellate Procedure 27 and Tenth Circuit Rule 27.6, Plaintiffs-Appellants Shannon Arnstein, Dana Bassett, Martika Gartman, Suellen Hendrix, Debra Macklin, Jeanine Mark, Michelle Meinhold, Marie Michels, Jilli Oyenque, Barbara Porter, and Elizabeth Wuebker respectfully move for a 30-day extension of time to file their opening brief and appendix, extending the due date from July 9, 2025 to August 8, 2025. Defendant-Appellee does not oppose this

---

[1] This Amended Motion is filed because Appellants received notice that Appellee does not oppose the motion at 5:12 pm EST, which is after the initial motion was filed. *See* [D.E. 13].

extension, which is necessary due to the circumstances described below. In support of this motion, Appellants state as follows:

1. On May 5, 2025, the district court entered a memorandum order and opinion and final judgment dismissing Appellants' action.

2. That same day, Appellants filed their notice of appeal. On May 6, 2025, the appeal was docketed as case number 25-4057.

3. On May 30, 2025, the record was certified as complete, and the Court set the due date for Appellant's brief and appendix as July 9, 2025.

4. Appellants have not previously requested or received an extension of time.

5. A thirty-day extension for Appellants' opening brief and appendix is necessary to allow Appellants' counsel adequate time to brief the important and significant issues presented in this case in light of the circumstances described below.

6. Since this Court issued the briefing notice, Appellants' counsel have been plagued with numerous unforeseen and unexpected circumstances that have impeded their ability to prepare the opening brief and appendix, despite their own diligence. These circumstances include: (1) death of an immediate family member and (2) an unexpected illness that has endured for three weeks.

7. Through counsel, Defendant-Appellee has advised that it does not oppose the extension requested by this motion.

For all these reasons, Appellants respectfully ask that this Court extend its opening brief and appendix due date by 30 days to August 8, 2025.

Dated: July 7, 2025                        Respectfully submitted,

                                             */s/ Frank S. Hedin*
                                             Frank S. Hedin
                                             HEDIN LLP
                                             1395 Brickell Ave., Suite 610
                                             Miami, Florida 33134
                                             (305) 357-2107
                                             (305) 200-8801 (fax)

                                             *Counsel for Plaintiffs-Appellants*

# **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 335 words according to the count of Microsoft Word 365.


Dated: July 7, 2025

*/s/ Frank S. Hedin*
*Counsel for Plaintiffs-Appellants*