# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SHANNON ARNSTEIN, et al.<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, LLC,<br><br>Defendant-Appellee. | Case No. 25-4057 |

## APPELLANTS' RESPONSE TO NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY

Appellants concur with the Appellee's *Notice of Suggestion of Bankruptcy and Automatic Stay* (ECF No. 16). Under 11 U.S.C. § 362(a), the filing of an involuntary bankruptcy petition under 11 U.S.C. § 303 triggers the application of the automatic stay, which applies to stay this appeal. Appellants respectfully request that the Court enter an order staying this appeal until the Appellee's bankruptcy case is closed or the automatic stay is otherwise found not to apply to this appeal.

Dated: July 29, 2025.

Respectfully submitted,

*/s/ Frank S. Hedin*
Frank S. Hedin
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33131
Tel: (305) 357-2107

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th of July, 2025, a true and correct copy of the foregoing was served via this Court's CM/ECF system upon all counsel of record.

*/s/ Frank S. Hedin*
Frank S. Hedin

*Attorney for Plaintiffs-Appellants*