# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| SHANNON ARNSTEIN, *et al.*<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant-Appellee. | Case No. 25-4057 |

## STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS

Pursuant to this Court's July 29, 2025 Order, Appellee Sundance Holdings Group, LLC ("Sundance"), provides the following status report regarding *In re Sundance Holdings Group, LLC*, Case No. 25-11274 (Bankr. D. Del.). The bankruptcy proceedings remain active. A response to the involuntary bankruptcy petition is due September 8, 2025. The automatic stay remains in effect and is not presently subject to challenge.

DATED this 28th day of August 2025.    Respectfully submitted,

*/s/ Elizabeth C. Rinehart*
Elizabeth C. Rinehart
Anthony J. Vitti, Jr.
**VENABLE LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 528-4646
lcrinehart@venable.com
ajvitti@venable.com

Jordan K. Cameron
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
(385) 463-2425
jordan@cameronringwood.com

*Attorneys for Defendant-Appellee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of August 2025, a true and correct copy of the foregoing was served via this Court's CM/ECF system upon all counsel of record.


*/s/ Elizabeth C. Rinehart*
Elizabeth C. Rinehart

*Attorney for Defendant- Appellee*