# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SHANNON ARNSTEIN, *et al.*<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>SUNDANCE HOLDINGS GROUP, L.L.C.,<br><br>Defendant-Appellee. | Case No. 25-4057 |

## STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS

Pursuant to this Court's July 29, 2025 Order, Defendant-Appellee Sundance Holdings Group, LLC, provides the following status report regarding *In re Sundance Holdings Group, LLC*, Case No. 25-11274 (Bankr. D. Del.). The bankruptcy case has been dismissed with prejudice.

DATED this 20th day of October 2025.   Respectfully submitted,

/s/ Elizabeth C. Rinehart
Elizabeth C. Rinehart
Anthony J. Vitti, Jr.
**VENABLE LLP**
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 528-4646
lcrinehart@venable.com
ajvitti@venable.com

Jordan K. Cameron

**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
(385) 463-2425
jordan@cameronringwood.com

*Attorneys for Defendant-Appellee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of October 2025, a true and correct copy of the foregoing was served via this Court's CM/ECF system upon all counsel of record.

*/s/ Elizabeth C. Rinehart*
Elizabeth C. Rinehart

*Attorney for Defendant-Appellee*
