# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SHANNON ARNSTEIN, *et al.* <br><br> Plaintiffs-Appellants, <br><br> vs. <br><br> SUNDANCE HOLDINGS GROUP, L.L.C., <br><br> Defendant-Appellee. | Case No. 25-4057 |

## NOTICE OF INTENT TO REST ON THE RECORD

The undersigned have been informed that, subsequent to an assignment for the benefit of creditors, Defendant-Appellee Sundance Holdings Group, LLC ("Sundance"), has no assets with which to pay counsel to prepare an appellate brief. Sundance respectfully requests to rest on the record before the United States District Court for the District of Utah, which properly considered and rejected the arguments Appellants have made before this Court.

The undersigned have filed with this notice a motion to withdraw as counsel.

DATED this 23rd day of December 2025.   Respectfully submitted,

*/s/ Elizabeth C. Rinehart*
Elizabeth C. Rinehart
Anthony J. Vitti, Jr.
**VENABLE LLP**
750 E. Pratt Street, Suite 900

Baltimore, MD 21202
(410) 528-4646
lcrinehart@venable.com
ajvitti@venable.com

Jordan K. Cameron
**CAMERON RINGWOOD, LC**
6975 Union Park Ave, Suite 600
Cottonwood Heights, UT 84047
(385) 463-2425
jordan@cameronringwood.com

*Attorneys for Defendant-Appellee*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of December 2025, a true and correct copy of the foregoing was served via this Court's CM/ECF system upon all counsel of record.

*/s/ Elizabeth C. Rinehart*
Elizabeth C. Rinehart

*Attorney for Defendant-Appellee*