FILED
United States Court of Appeals
Tenth Circuit

December 23, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| SHANNON ARNSTEIN, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 25-4057<br>(D.C. No. 2:24-CV-00344-RJS-DAO)<br>(D. Utah) |
| SUNDANCE HOLDINGS GROUP, LLC, | |
| Defendant - Appellee. | |

_____

**ORDER**
_____

Appellee's counsel's Motion to Withdraw is taken under advisement pending compliance with the following conditions. First, withdrawing counsel shall immediately serve a copy of this order on Appellee. In addition, no later than Monday, December 29, 2025, withdrawing counsel shall file a written response to this order that provides the court with a mailing address for Appellee. Upon the filing of the aforementioned response, Appellee's counsel will be permitted to withdraw, the Clerk will remove Appellee's counsel from the docket in this appeal, and all further filings in this appeal will be served directly on Appellee.

Appellee is advised that corporations may not appear in this court without counsel. *See Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006). Accordingly, unless and until a licensed attorney enters an appearance on Appellee's behalf, Appellee may not actively participate in this appeal. Finally, Appellee is reminded that an appellee who does not file

a brief will not be heard at oral argument unless the court orders otherwise. Fed. R. App. P. 31(c).

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk