FILED
United States Court of Appeals
Tenth Circuit

December 31, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

SHANNON ARNSTEIN, et al.,

    Plaintiffs - Appellants,

v.

SUNDANCE HOLDINGS GROUP, LLC,

    Defendant - Appellee.

No. 25-4057
(D.C. No. 2:24-CV-00344-RJS-DAO)
(D. Utah)

_____

**ORDER**

_____

This matter is before the court on the Entry of Appearance (Doc. No. 38) and accompanying correspondence (Doc. No. 39) from the Office of the Attorney General of the State of Utah. The Clerk of Court shall add the State of Utah as an intervenor-appellee on the docket for this matter. Within 45 days of the date of this order, the State of Utah may file a response brief addressing Appellants' constitutional challenges to Utah's Notice of Intent to Sell Nonpublic Personal Information Act (NISNPIA), Utah Code § 13-37-203. A deadline for Appellants to file a reply brief will be set following the State of Utah's filing of its response brief.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk